SLIP OP. 00-136

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GREGORY W. CARMAN, CHIEF JUDGE

---

AMERICAN PERMAC, INC.,                          :

                              Plaintiff,        :

              v.                                : Court No. 94-10-00589

                                                :

THE UNITED STATES,                              :

                              Defendant.        :

---

## AMENDED ORDER

This matter having been remanded by the Court of Appeals for the Federal Circuit in

American Permac, Inc. v. United States, 191 F.3d 1380 (Fed. Cir. 1999), and this Court, after due

deliberation, having rendered a decision herein; now, in conformity with said decision, it is

hereby

**ORDERED** that plaintiff's motion for summary judgment is denied; and it is further

**ORDERED** that defendant's cross-motion for summary judgment is granted; and it is

further

**ORDERED** that plaintiff pay to the defendant antidumping duty in the amount of

$7,186.04, plus post-judgment interest in accordance with 28 U.S.C. § 1961 at a rate of 6.241%,

from September 1, 2000, to the date of payment, and it is further

**ORDERED** that defendant's request for prejudgment interest is denied; and it is further

**ORDERED** that the complaint is dismissed.

                                        Gregory W. Carman
                                        Chief Judge

Dated: Oct 18 , 2000
       New York, NY